Daniel Faust and Byrda Abbott, appellants, v. Bartholomaus S. Steidinger et al., appellees. Gen. No. 9,282.

624

Opinion filed April 28, 1938. Rehearing denied June 2, 1938.

Tuesburg & Armstrong and Adsit, Thompson & Herr, for appellants.
H. G. Greenebaum, Ray Sesler and F. A. Ortman, for appellees.
Mr. Justice Huffman delivered the opinion of the court.